(No. 1244— )

CONTAINER CORPORATION OF AMERICA, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed January 11, 1928.*

DAVIS AND ANDREWS, for claimant.

OSCAR E. CARLSTROM, Attorney General; DAVID J. KADYK, Assistant Attorney General, for respondent.

Per Curiam: This cause coming on to be heard upon the stipulation and agreement by and between the parties in the above entitled case that said cause be dismissed without prejudice, and it appearing that said cause should be dismissed,

It is therefore considered by the court that said cause be, and the same is hereby dismissed.